**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000051
13-JAN-2020
10:30 AM**

NO. CAAP-19-0000051

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CH, Plaintiff-Appellant, v.
JH, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-D NO. 17-1-0249K)

ORDER OF CORRECTION
(By: Wadsworth, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order filed on December 23, 2019, is corrected as follows:

On the last page, in the section "On the briefs", the parties' designations are corrected so that they read:

CH,
Pro Se Plaintiff-Appellant.

Christopher J. Eggert
(Eggert & Associates LLC),
for Defendant-Appellee.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai'i, January 13, 2020.

Associate Judge

---

[1]    Fujise, Presiding Judge, and Leonard and Wadsworth, JJ.